**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MELVIN FUENTES-JUAREZ** | **CIVIL ACTION 3:26-CV-03471 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Melvin Fuentes-Juarez ("Fuentes-Juarez"). At the time of filing, Fuentes-Juarez was detained at Jackson Parish Correctional Center in Jonesboro, Louisiana.

According to the online detainee locator service, Fuentes-Juarez is no longer detained. Court staff verified the online information—Fuentes-Juarez was deported on September 9, 2026.

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). A case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Id.* at 396 (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). If

a controversy becomes moot, the case must be dismissed for lack of jurisdiction. *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990).

Because Fuentes-Juarez has been deported, the case is moot.

Accordingly, IT IS RECOMMENDED that the Petition be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Signed at Lafayette, Louisiana on this 29th day of September, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE